UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ISRAEL SANTIAGO-LUGO | CIVIL ACTION NO. 04-0993-A |
| -vs- | JUDGE DRELL |
| ROBERT M. TAPIA | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons contained in the supplemental report and recommendation of the magistrate judge previously filed herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that plaintiff's habeas petition is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 9th day of August, 2005, at Alexandria, Louisiana.


Dee D. Drell
United States District Judge